UNITED STATES DISTRICT COURT

District of Worcester                         Docket #

Natasha DeLima
        (Plaintiff)

v.

Commonwealth Of Massachusetts
        (Defendant)

Case against Constitutional Rights Violations, Executive Orders against Corruption, Human abuse, Treasonous acts, Civil Rights, Collusion, Abuse Of Power, Impeding Justice, Obstruction of Justice & Violations of Common Law, Ignorance of Statues, law, and Due Process,   **Demand For A Jury Trial**

1. The Plaintiff resides in New Hampshire, at c/o Athens 192 Roxbury St. #1, Keene NH, 03431

2. The Defendant is located at 1 Ashburton Place, Boston, MA 02108

3. Basis for Jurisdiction:  Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.   This case arose under US Constitution and Federal Law

4. The Plaintiff resides out of state & this involves Constitutional Law, and violation of Insurance Laws, Dereliction of Duty of Government Officials, (Judges) and therefore belongs in Federal Court.

**1st Amendment**: Guarantees the right to the freedoms of speech, press, and religion. Protects the right to petition the government.

**4th Amendment**: Thou shalt not **bear false witness** against thy neighbor.

**5th Amendment**: Prohibits abuse of governmental authority in legal procedures. Establishes rules for indictment by eminent domain and grand jury. Guarantees the due process rights. Protects citizens from self-incrimination and double jeopardy.

**8th Amendment**: Forbids exorbitant bails and fines and punishment that is unusual or cruel.

**9th Amendment**: Reserves the rights of citizens which are not specifically mentioned by the U.S. Constitution.

**10th Amendment**: Reserves powers that are not given to the U.S. government under the Constitution, nor prohibited to a State of the U.S., to the people and the State

STATEMENT OF THE CASE & ISSUES

5. The Plaintiff formerly resided Massachusetts, her longest residence was 18 years in Framingham, MA 01702. She was forced to move out of that residence and did so, in April or May of 2015. She left the country, and moved to Worcester County. She was falsely charged while a resident of Middlesex County, and fought the charges, and reported the exculpatory evidence that proved no crimes ever happened, via surveillance cameras both in and outside of her former duplex that her neighbor had on his property. The Plaintiff reported this evidence to the court, the police, the DA, the FBI, her attorney, and multiple judges. The evidence was destroyed on purpose, so that the false narrative was repeated.

6. Exculpatory evidence must be preserved, and if it is destroyed, then by the law and the Constitution, the charges are dismissed.

7. The Framingham Court judge, also found the Plaintiff incompetent, and issued her to be hospitalized, but also violated her rights, and held an arraignment where she declared her to be incompetent. If someone is incompetent, they cannot be charged and hold an arraignment held at the same time, they would have to schedule that for a different day. Judge Brendermuehl did not do that, she furthered abuses of her power, and issued a harassment order, with only 1 instance of harassment. It was never served. The Plaintiff was forcibly held in a hospital, far beyond a 72 hour hold, and kept there, medicated against her knowledge as she asked for pain medication, they gave her other drugs, and they invented a false narrative to give her a fake medical record, based on a false medical diagnosis.

8. The Framingham court, with a "harassment order" issued by Judge Brendermuehl at that hearing, could not have been initiated against the Plaintiff since she was "deemed incoherent". She was unable to defend herself, and Judges do not initiate orders of such, a resident has to go in and apply for one, and fill out paperwork w/ 3 instances of harassment. Judge Brendermuehl exceeded her judicial power on an incompetent Plaintiff, who was having side effects of medication she ingested, prescribed by Walgreen's pharmacy. This order was not even active, served or valid as the further case claims will affirm.

BACKGROUND

The Plaintiff worked since she was 16, and at 28 owned her own business of bridal consulting, and a candy store, and later went into a t-shirt business. She worked more than 80 hours a week, while her business was in the mall. She has no criminal record, does not smoke, drink, or use any illegal drugs. She never hurt anyone, is not violent, never hit or abused anyone, and remained an upstanding citizen. The Plaintiff also was a daytime bartender at the Marriott Hotel, and after that she became injured, in an auto accident, and could no longer work. She was refused state benefits for disability after 19 years of working, even though she was declared unable to work, SSI does not give benefits until you give them a false mental disability, or condition, and the Plaintiff did not have that, refused to lie and turned down benefits. The Plaintiff is not on any monies from the government, and she lives that the poverty line, but she pays her own bills. She set up a go fund me account to get help to start her own retail sales again, and supports herself.

9. The Commonwealth of Mass does not use the Constitution, and violated her civil and Constitutional rights, and despite the number of mounting and continuous violations of her rights, and the fact that she has left the Commonwealth over 36 months ago, going to be 4 years in 2018, the Commonwealth, continues to violate due process, and try to hold her as a hostage of a state to which she is no longer a resident.

10. The court reversed trials and held her to representing herself, (everyone accused of a crime has a right to legal counsel) and her prior attorney was the only witness that could testify about the destroyed evidence, the court violations, the court ignoring the rules for when evidence is lost or destroyed, and he planned to appear at her trial to testify to what happened to the evidence. When the trial came in May 2017, a police officer did not appear, and instead of a lawful continuance, the court heard the after math cases, without hearing the main case. This is unlawful, unconstitutional, and a violation of her civil rights.

11. The DA also did not have one of the witnesses present, Adrian, who was going to testify against the state, and since he did not appear at either the first, or the second trial, held on March 5, 2018, the DA would have had to remove at least one of the charges and did not.

12. In the May 2017, trial, while they heard the 2nd case instead of the main case, they did not allow for due process in that hearing and did not allow for all testimony of the witnesses to come out. The Plaintiff is not an attorney, and was not capable of representing herself, and although she tried and got through it, was unable to relay the entire case to a jury. Also her own prior attorneys were only witnesses in the main case, were going to testify to the destroyed exculpatory evidence, the recusal of Judge Cremens, the statement about the harassment order not being served meant it would be dismissed, etc. Once they reversed the trials, the arraignment details were not heard on that day, and neither was the fact that court records were destroyed.

13. The Commonwealth was intent of giving the Plaintiff a criminal record and any other conditions they could muster, no matter what they did.. This is against the duties of

judges, a total abuse of power to all coordinate with a false narrative and destroy and ignore the evidence that proves all claims to be false.

14. The main case was set up so that 2 officers, an and ex-neighbor were going to commit more perjury, a court officer and the ex-neighbor perjured themselves in the 1st trial, and while the Plaintiff filed the paperwork and reported this criminal perjury, no one has contacted her, even asked for a statement. They know that everyone has perjured themselves and they do not care.

15. The Plaintiff has had no contact with her ex-neighbor for the past 3 years, prior to that, other than to give the kids Halloween candy in 2014, and on the day in December when she called the police she had severed all ties with this drug dealing neighbor. Her ex-neighbor was selling valium and Vicodin that he was prescribed, for $20 a pill on the street to a long list of customers. He also gave a pill to the Plaintiff, which she never ingested, in order to get her to become a customer.

16. This ex-neighbor, the only state witness has a long criminal history of both drug and alcohol abuse, prison, loss of the custody of his 3 younger children. He sells marijuana at this time, with a license, and does smoke in his own home with minor children there. The Plaintiff could smell it through the walls when she did live at her old address.

17. The unserved harassment order that did not meet the criteria to be issued, is the "tool" in which the state continues to ignore the law, prevent justice and impede justice on the Plaintiff, and it's a total abuse of judicial power that the Framingham court judges are exercising now 36 months after the Plaintiff has MOVED out of the state. The Ex-neighbor has stopped talking to his own mother for over 3 years, and has moved taking the grand children out the life of their grandmother. The Ex-neighbor was constantly pulling on the heart strings of the children to manipulate a violation of the order was reprehensible and he did so as the Plaintiff was moving out.

18. The Plaintiff had a reaction to a medication that was given to her, and for the TIME IT WAS IN HER SYSTEM, she was not able to properly function, or think with clarity. It was this reason, that the charges against her were dismissed on March 5, 2018, as a doctor, Dr. Brown, did affirm that she could not have clarity while that medication was inside her body. He also TESTIFIED that she does not have that condition, now, has not had it for 3 years, and has functioned on her own. He testified that she is not a danger to herself or to anyone else.

19. The DA did not allow for the judge's ruling to end her illicit abuses on the matter, DA Elizabeth Barnes would not relent, abused her authority, position, and reach. She attempted to recycle the case that is on appeal for its illicit and unconstitutional violations of the Plaintiff's rights, and the trial was rigged in the sense that the jury was not told the truth, the Constitution did not apply, and the jury was never told about a mission to ignore all laws, and just give the Plaintiff a record. DA Elizabeth Barnes attempted to threaten the Plaintiff's freedom after the judge ruled that she was not criminally responsible, and take hold of the Plaintiff's life. She attempted to

have her hospitalized that day, when the Plaintiff is not "state property" a state resident, or having any remaining case open, other than the appeal. In the first trial, Judge Guzman, had to cut off the DA Elizabeth Barnes for over exerting her power, and this judge did also. There is not any evidence of the Plaintiff that can continue to be used against her, as 3 years have passed and the Plaintiff is not under any control of the Commonwealth of Massachusetts. After the case was indeed dismissed, the Plaintiff was free and it was the DA abusing her power that continued a case without any "case" trying to combine other cases & irrelevant information. The DA was attempting to threaten the Plaintiff over her right to proceed in her own case against the Commonwealth for all of their abuses of power and she cannot. The Plaintiff had to sign under duress that the false narrative of the Police report because the only option. Framingham police had unlawfully written in police reports that the Plaintiff was "bi-polar". Police cannot give any medical diagnoses out, they are not doctors. This narrative started before the Plaintiff even had any such information anywhere on any medical record. Even if that was a condition she did have, the police cannot write it in police reports, and they are not MD's. And it violates the HIPPA laws. If the Plaintiff was bi-polar, she would have her own rights to keep that information private, police cannot write medical conditions on reports, it's out of their authority and a complete violation to victims.   It's a stain on Framingham police that they do indeed bare false witness, a Constitutional violation, and then try to continue a false narrative as they did. They wrote that on several reports, as though writing it down makes it true, when it simply does not. On the day of the Plaintiff's arrest, there was not a single medical document anywhere stating that she was bi-polar, reality being that she is not, and was never diagnosed for that, seen for any mental condition like that. The entire state has police baring false witness on reports and trying to alter facts. Some police had to be "let go" after they were asked to falsify the police report of an arrested Judges' daughter, and reality is, the police in MA are so corrupt that they do indeed bare false witness in many cases, and they cannot be trusted. The Framingham police know that the Plaintiff's ex-neighbor, Paul Chesmore, does indeed sell drugs, and she told them that he did, they never even took her statement. The Plaintiff told the police that there was surveillance of the incident that day, and they made sure with the ex-neighbor that it was destroyed and could not prove her innocence, and their false police statements who lied about that day. It was for this reason, the Plaintiff had to sign under duress the false narrative, as her only chance of staying free. They had worked so hard to "throw the kitchen sink" of charges in, hoping any of them would hold up, and the Plaintiff deserves her freedom, and life, and is completely innocent, has never committed a crime and the Commonwealth committed many crimes in order to give her a record. The Framingham police did continuously invade her at her home, make harassing phone calls, send over people to "evaluate her" that she did not let in, and ultimately, the Plaintiff moved, and they continued to try to harass her in another county, and the Plaintiff had to flee the state.

20. The DA never called in Adrian, who was going to testify against the police. The DA did not bring him in and would have had to, in order to hold up with 2 of the charges. Without him there to testify, the false assault case on her regarding him and disturbing the peace would have had to be dismissed, as he would have testified

to the row of very tall trees, blocking access for anyone to view from the street.  It was December, no one was even aware of what was happening in a private driveway.

21. The Plaintiff has told the truth, filed every document to prove the false narrative, and reported the massive list of crimes committed by all, in order to have the false charges dropped, and the Commonwealth, ignoring the Constitution, would not relent.  If the Plaintiff did not allow for the doctor's testimony to be the rule of law, she stood to lose her freedom on a complete lie.  The only way she could proceed, was under duress.  Even with that being the case, the Plaintiff was planning to testify as to her mental condition that day after the doctor gave his testimony, but the Judge already found her not criminally responsible before she could even get to the stand.  She ruled the case dismissed as the doctor got off the stand.  The Plaintiff still had a right to testify as to the medication inside her system at the time.

22. The DA knows that the witness perjured himself, & that the charges are bogus, she is not about exoneration, she is about violating all victims in order to get convictions, even if they are false.  On March 5, 2018, prior to her trial, in front of Judge Guzman, there was a hearing on a 258E harassment order, in which Judge Guzman, correctly and in accordance with the Constitution did deny a harassment order with feuding neighbors that were baiting each other.  In the Plaintiff's case, her ex neighbor was baiting her, and trying to force her to violate the false, unserved order that did not meet the criteria.  Judge Guzman stated that people have to either get along, or move along, and the Plaintiff did just that, 3 years ago.  She left everything she knew and worked for behind, and her possessions that she earned while working, were all thrown in a 40 ft dumpster.

23. The Plaintiff is living better than she did under Massachusetts as they ignore the Constitution & all rule of law.

24. The Framingham police were caught the same charges 2 times, double jeopardy.  The Framingham police tried a "scam" where they used repeated charges on two separate orders, failed to serve her, tried to hold an arraignment while she had not been served in Worcester, have her "default" at the hearing, get a phony warrant, and have her locked up.  She happened to be in court that day, a court clerk saw her, contacted the court officer, and he served her there.  This was in August 2015, and was the only service the court ever made to her.  The judge saw it as double jeopardy and dismissed that false charge.  After that hearing, they late mailed paperwork did arrive, backdating that hearing, and the Plaintiff reported that to the DA, and FBI.  No one did anything about the police pursuing her and harassing her at her new address.  The police also tried to ping her cell phone and find her, by having someone contact her and talk long enough to get a cell phone ping, and the Plaintiff was not hiding, she simply had moved and left the ex-neighbor trying to put her in jail on a daily basis.  The court officer that perjured himself in the May 2017 trial, was the officer that served her that arraignment paperwork in court on that day in August, 2015.  He only served her that 1 time, and when he testified in May, 2017, he could not answer, where he served her since he did not serve her in December 2014.  And she was in custody, the order was not written by then, and his perjury was to a jury in order to make an unlawful, unserved order, appear legitimate.

25. There is supposed to be a hearing on March 22, 2018 in Framingham District Court, on the "renewal" on this unserved false harassment order, now going on 4 years since the Plaintiff left her Framingham address, this court seeks vengeance on the Plaintiff. This order cannot be renewed based on federal law, & that the Plaintiff is not a state resident.

26. The Plaintiff served them a Praecipe In February, to end this order, & the court did not end it.

ARGUMENT

27. The court is not above the law, and cannot rule in violation of all laws, rules and due process that is instilled in the Constitution. There are also 2 Executive orders in Place, for everyone, including judges that ignore all rules and laws, and defy the Constitution and Executive Order.
https://www.whitehouse.gov/presidential-actions/executive-order-blocking-property-persons-involved-serious-human-rights-abuse-corruption/

28. There are some judges and people in government that are having military trials due to the level of treason and corruption, on March 1, 2018, the second executive order was issued by President Trump, and military trials
https://www.whitehouse.gov/presidential-actions/2018-amendments-manual-courts-martial-united-states/

29. Foreign Assets seized all over from Corruption. Ultimately this plays into the individual states corruptions and the reason that the courts ignore the laws.
https://www.treasury.gov/ofac/downloads/sdnlist.pdf

30. The Commonwealth of MA continues to cyber bully and post the false narrative and the phony medical diagnosis they gave her and they are 100% liable for that narrative and for having it posted on the internet, a total violation of the Plaintiff's civil rights, and her medical privacy that they invaded in efforts to defame her. They set it up so that they could continue to try to blackmail her with that false narrative.

31. RELIEF SOUGHT

Relief is sought on the Constitutional law violations, abuse of power, impeding justice, Violations of Common Law, Praecipe, Failure to adhere to court rules, rules of civil procedure, failure of service upon Plaintiff, ignorance of statues and law. Personal contempt cannot translate into abuse of power, and in the Commonwealth of Massachusetts, this is what they do, and it's against the EO of December 21, 2017, to continue to abuse that power in any way, and has severe consequences.

32. The Plaintiff seeks $10 Million dollars in damages for this case being ignored and abusing the Plaintiff's Constitutional rights, her civil rights, and Common Law to simply let her go.  The State is in such abuse of power, it's not even describable to the human mind.  No one can comprehend the fact that a state to which she is not a resident refuses to drop the illicit hold no her that maintain, despite the clock ticking onto 4 years after she has left the Commonwealth.

33. There is not any way out of the liabilities, and if the court does not end this case, end the fake harassment order to a nonresident of the Commonwealth, that has no ties to the state, other than relatives or friends that she visits outside of her former state, other than emergencies or funerals.

34. Plaintiff seeks an additional $1 Million dollars for refusal to pay out the initial matter, plus accrued interest.  The Plaintiff seeks an additional $4 Million for the violations to herself, her family, and the internet cyberbullying, all set up by the Commonwealth.

Natasha DeLima